AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

V.

Luis, David Michael

Case Number: 4:22-cr-00005-01-BRW

USM Number: 81038-509

**Date of Original Judgment:** 6/26/2023
(Or Date of Last Amended Judgment)

James Moore
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __144__ months is reduced to __135 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __35__     Amended Offense Level: __33__
Criminal History Category: __I__     Criminal History Category: __I__
Previous Guideline Range: __168__ to __210__ months     Amended Guideline Range: __135__ to __168__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __6/26/2023__ shall remain in effect.

**IT IS SO ORDERED.**

__11/16/2023__     ___Billy Roy Wilson___
Order Date     Signature of Judge

__February 1, 2024__     U.S. District Judge Billy Roy Wilson
Effective Date (if delayed)     Name and Title of Judge